Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON - AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>Plaintiff,<br><br>vs.<br><br>RADIUS GLOBAL SOLUTIONS LLC, MICHAEL BARRIST, TRANSUNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:24-cv-05654-DGE<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXPERIAN TO ANSWER COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 30, 2024** |

Plaintiff Janice Hennessey and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate that Experian's deadline to answer or otherwise response to the Complaint in the above-referenced action is extended to October 3, 2024.

Dated: August 28, 2024

JANICE HENNESSEY

By: _/s/ Janice Hennessey_
Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, # 108-157
Tumwater, WA 98512
Telephone: (415) 676-8711
Email: janicehennessey2015@gmail.com

Respectfully Submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: _/s/ Thomas N. Abbott_
Thomas N. Abbott, WSBA No. 53024
100 SW Main Street, Ste. 1000
Portland, OR 97204
Telephone: (503) 290-2322
Email: thomas.abbott@troutman.com

*Attorney for Defendant Experian Information Solutions, Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
Case No. 3:24-cv-05654-DGE

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main St., Suite 1000
Portland, OR 97204
T: 503.290.2322

1    IT IS SO ORDERED.

3    Dated this 3rd day of September 2024.

United States District Judge
David G Estudillo

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT - 2
Case No. 3:24-cv-05654-DGE

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main St., Suite 1000
Portland, OR 97204
T: 503.290.2322