UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>    Plaintiff,<br>    v.<br><br>RADIUS GLOBAL SOLUTIONS LLC et al.,<br><br>    Defendant. | CASE NO. 3:24-cv-05654-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Defendant Radius Global Solutions, LLC is directed to file a corporate disclosure statement in compliance with Federal Rule of Civil Procedure 7.1(a)(1).  Additionally, as noted in Plaintiff's Motion to Strike (Dkt. No. 20), counsel entered an appearance on behalf of "Radius Global Solutions, Inc." rather than Radius Global Solutions, LLC.  (Dkt. No. 19.)  Counsel is directed to correct its Notice of Appearance to name the proper corporate entity, or explain the

MINUTE ORDER - 1

relationship between Radius Global Solutions, Inc. and Radius Global Solutions, LLC in its disclosure statement.

Dated this 18th day of September, 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2