UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>                    Plaintiff,<br>     v.<br><br>RADIUS GLOBAL SOLUTIONS LLC et al.,<br><br>                    Defendant. | CASE NO. 3:24-cv-05654-DGE<br><br>ORDER DENYING MOTION TO STRIKE (DKT. NO. 20) AS MOOT |

Before the Court is Plaintiff's Motion to Strike Notice of Appearance and Motion to Dismiss (Dkt. No. 20.)  Plaintiff's motion is premised on an error in Defendant's Notice of Appearance; counsel for Defendant, Radius Global Solutions, LLC, incorrectly entered an appearance on behalf of "Radius Global Solutions, Inc." (Dkt. No. 19.)  Pursuant to this Court's order (Dkt. No. 21), Defendant has amended its Notice of Appearance to correct the error.  (Dkt. No. 22.)  Accordingly, Plaintiff's Motion to Strike is DENIED AS MOOT.  The Clerk is directed to calendar the noting date for Defendant's Motion to Dismiss (Dkt. No. 18) to 28 days from the

ORDER DENYING MOTION TO STRIKE (DKT. NO. 20) AS MOOT - 1

date of this order, October, 18, 2024, and Plaintiff shall file any response to the Motion within the time limits prescribed by the local rules.  *See* LCR 7(d)(4).

Dated this 20th day of September, 2024.

David G. Estudillo
United States District Judge