# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>                Plaintiff,<br>   v.<br><br>RADIUS GLOBAL SOLUTIONS LLC et al.,<br><br>                Defendant. | CASE NO. 3:24-cv-05654-DGE<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

      Plaintiff's Stipulated Motion to File an Overlength Brief (Dkt. No. 27) is DENIED.  Per LCR 7(f), motions to file over-length briefs are disfavored.  Plaintiff states that an overlength brief is necessary due to the "intricate nature of the legal issues and the multitude of claims" (Dkt. No. 27 at 2), but she does not identify any such claims or legal issues that necessitate overlength briefing.  Similarly, Plaintiff cites the need to respond to Defendants' authorities with

MINUTE ORDER - 1

"thorough analysis" (*id.*), but that consideration applies in every litigation.  Accordingly, the motion is DENIED.

      Dated this 8th day of October 2024.

      The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2