UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>RADIUS GLOBAL SOLUTIONS LLC et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05654-DGE<br><br>ORDER TO SHOW CAUSE |

　　　This matter comes before the Court on its own motion.  On August 29, 2024, the Court issued an order regarding initial disclosures pursuant to Rule 26(a)(1).  (Dkt. No. 9.)  *See* Fed. R. Civ. P. 26(a)(1).  The order also required the Parties confer and provide the Court with a combined Joint Status Report and Discovery Plan outlining the Parties' views and proposals on all items in Rule 25(f)(3) by November 27, 2024.  (Dkt. No. 9.)  Although there are pending motions to dismiss this case, the Court has not issued a stay or otherwise indicated that a basis might exist to disregard the August 29th scheduling order.

ORDER TO SHOW CAUSE - 1

Plaintiff asserts she has made attempts to comply with the order and that Defendants have refused to engage. (Dkt. No. 41 at 2.) Defendants are ORDERED to show cause by November 12, 2024, why sanctions should not be imposed for failing to comply with Court's order and, in the alternative, to confirm they are taking steps to comply with the Court's August 29, 2024 Order.

Dated this 6th day of November, 2024.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2