UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>    Plaintiff,<br>  v.<br><br>RADIUS GLOBAL SOLUTIONS LLC et al.,<br><br>    Defendant. | CASE NO. 3:24-cv-05654-DGE<br><br>ORDER ON NOTICE TO WITHDRAW MOTION (DKT. NO. 69) |

    This matter comes before the Court on Plaintiff's notice to withdraw her motion to strike Defendant TransUnion LLC's ("TransUnion") amended affirmative defenses. (Dkt. No. 69.) On November 21, 2024, Plaintiff moved to strike TransUnion's amended affirmative defenses. (Dkt. No. 57.) On December 20, 2024, she filed the instant motion, which states that she is withdrawing the motion to strike in light of her intent to file a second amended complaint.

    Accordingly, Plaintiff's motion to strike TransUnion's amended affirmative defenses (Dkt. No. 57) is HEREBY STRICKEN.

    Dated this 20th day of December, 2024.

ORDER ON NOTICE TO WITHDRAW MOTION (DKT. NO. 69) - 1

David G. Estudillo
United States District Judge

ORDER ON NOTICE TO WITHDRAW MOTION (DKT. NO. 69) - 2